*Joseph H. Harrington*
Acting United States Attorney
Jessica A. Pilgrim
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SH'KEENAN CAGE, a single person,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. 2:20-00437-RMP<br><br>**STIPULATION AND MOTION FOR ORDER OF DISMISSAL**<br><br>NOTED FOR MAY 19, 2021<br><br>Without Oral Argument |

The parties stipulate to the dismissal of this action and respectfully request an order dismissing the Complaint with prejudice with each party bearing its own fees, costs, and expenses.

DATED April 19, 2021.

Joseph H. Harrington
Acting United States Attorney

*s/Jessica A. Pilgrim*
JESSICA A. PILGRIM
Assistant United States Attorney
Attorneys for Defendant United States

DATED April 19, 2021.

F. Dayle Anderson

*s/F. Dayle Anderson*
F. DAYLE ANDERSON
Attorney for Plaintiff, Sh'Keenan Cage

STIPULATION AND MOTION FOR ORDER OF DISMISSAL- 1

## ***CERTIFICATE OF SERVICE***

I hereby certify that on April 19, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

F. Dayle Andersen:         dayleandersen@gmail.com

And to the following non CM/ECF participants:    N/A

*s/Jessica A. Pilgrim*
Assistant United States Attorney