FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 19, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SH'KEENAN CAGE,<br><br>                 Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                 Defendant. | NO: 2:20-CV-437-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is a Stipulated Motion to Dismiss with Prejudice, ECF No. 8. Having reviewed the Motion and the record, the Court finds good cause to grant dismissal.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Stipulated Motion to Dismiss with Prejudice, **ECF No. 8**, is **GRANTED**.

2. Plaintiff's Complaint is dismissed **with prejudice** and without fees or costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** April 19, 2021.

                                           *s/ Rosanna Malouf Peterson*
                                           ROSANNA MALOUF PETERSON
                                              United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2